CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAROLD LEE, | ) |
| Plaintiff, | ) Case No. 7:10CV00247 |
| v. | ) ORDER |
| GENE JOHNSON, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's response (Dkt. No. 9) is hereby **CONSTRUED AND GRANTED** as a motion to amend, and his complaint is hereby amended as stated in the motion; and

2. The following of plaintiff's claims as amended are hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous: Claim 2, Claim 3 as to Defendant Richardson, Claim 4, Claim 5, and Claim 6 as to Defendant Richardson, who shall be terminated as a party to this action.

By separate order, the court will direct the clerk to attempt service of process of the remaining claims on the remaining defendants. The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 17th day of September, 2010.

_____
Chief United States District Judge