CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 3 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAROLD LEE, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:10CV00247 |
| | ) |
| v. | ) |
| | ) ORDER |
| GENE JOHNSON, ET AL., | ) |
| | ) By: Glen E. Conrad |
| Defendants. | ) Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for interlocutory injunctive relief (DE 36) is DENIED.

ENTER: This 13th day of January, 2011.

_____
Chief United States District Judge