CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD LEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:10-cv-247 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GENE JOHNSON, et al., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The motion to amend filed by the plaintiff (Docket No. 55) is **GRANTED**, but each of the claims asserted against Chaplain Richardson in the amended complaint are **DISMISSED** under 28 U.S.C. § 1915(e)(2); and

2. The motion for summary judgment filed by the defendant (Docket No. 24) is **GRANTED**.

The Clerk is directed to strike this case from the active docket of the court. The Clerk is further directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 28th day of June, 2011.

/s/ Glen E. Conrad
Chief United States District Judge